**SHA-1 Hash:** ED830E862CBA70BD60974B8DC6C88050F49DEFF9     **Title:** DP Fanatic
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 74.95.84.173 | 4/14/2012 19:30 | Washington | DC | Comcast Business Communications | BitTorrent |
| 2 | 68.48.150.67 | 4/28/2012 8:41 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.55.186.113 | 4/12/2012 3:48 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 68.55.214.117 | 5/2/2012 6:07 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 68.55.216.221 | 5/16/2012 21:30 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 108.56.1.88 | 4/16/2012 5:16 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC16