## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK COLLINS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | **Civil Action No.: 1:12-cv-00971-BAH** |
| ) | |
| **BARBARA SUTER** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ANSWER

Defendant Dr. Barbara Suter files this ANSWER pursuant to Fed. R. Civ. P. 7(a)(2) and states the following in response to each numbered paragraph of the Amended Complaint:

1. Admitted.

2. Denied.

3. Denied.

4. Admitted.

5. Denied.

6. Admitted.

7. Defendant is without knowledge of the allegations in Paragraph 7 and therefore they are denied.

8. Defendant admits she lives at 6350 31 51 Street NW, Washington, DC 20015 but otherwise denies the averments in Paragraph 8.

9. Denied.

10. Defendant is without knowledge of the allegations in Paragraph 10 and therefore they are denied.

11.     Defendant is without knowledge of the allegations in Paragraph 11 and therefore they are denied.

12.     Defendant is without knowledge of the allegations in Paragraph 12 and therefore they are denied.

13.     Defendant is without knowledge of the allegations in Paragraph 13 and therefore they are denied.

14.     Defendant is without knowledge of the allegations in Paragraph 14 and therefore they are denied.

15.     Defendant is without knowledge of the allegations in Paragraph 15 and therefore they are denied.

16.     Defendant is without knowledge of the allegations in Paragraph 16 and therefore they are denied.

17.     Defendant is without knowledge of the allegations in Paragraph 17 and therefore they are denied.

18.     Defendant is without knowledge of the allegations in Paragraph 18 and therefore they are denied.

19.     Defendant is without knowledge of the allegations in Paragraph 19 and therefore they are denied.

20.     Defendant is without knowledge of the allegations in Paragraph 20 and therefore they are denied.

21.     Defendant is without knowledge of the allegations in Paragraph 21 and therefore they are denied.

22.     Denied.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Each response stated above as to each enumerated Paragraph is adopted by reference to the same extent the Amended Complaint incorporates them by reference.

27.     Denied.

28.     Denied.

29.     Denied.

30.     Denied.

31.     Denied.

32.     Denied.

## AFFIRMATIVE DEFENSES

As separate and distinct answers and defenses, Defendant alleges the following affirmative defenses applicable as to the Plaintiff and the putative class:

(Failure to State a Claim)

The Complaint and each purported cause of action asserted therein fails to state facts sufficient to constitute a cause of action against Defendant upon which relief may be had.

(Estoppel)

The Complaint and each purported cause of action therein is barred by equitable and/or factual estoppel.

(Copyright Misuse)

The Complaint and each purported cause of action therein are barred by the doctrine of copyright misuse.

(Unclean Hands)

The Complaint and each purported cause of action therein are barred in that Plaintiff has failed to come to the court with clean hands and in good faith.

(Wrongdoing of Others)

The damages and injuries alleged in the Complaint, if any, were proximately caused in whole or in part by the negligence, direction or other wrongdoing of individuals and entities other than the Defendant and for which the Defendant is not responsible.

ADDITIONAL AFFIRMATIVE DEFENSES

The Defendant alleges that there may be additional affirmative defenses to Plaintiff's alleged causes of action which are currently unknown to the Defendant, and the Defendant reserves the right to amend this Answer to allege additional affirmative defenses in the event discovery or other information indicates they are appropriate.

**DEMAND FOR TRIAL BY JURY**

Defendant hereby requests that this matter be tried before a jury.

WHEREFORE, having duly answered the complaint, the Plaintiff not being entitled to relief, Defendant prays that the Court enter judgment against Plaintiff and in favor of Defendant, and award Defendant all of its costs and expenses, as well as its attorneys' fees as authorized by 17 U.S.C. § 505.

Dated:  January 8, 2013                              Respectfully submitted,


                                             ____/s/_____
                                             Michael D. Oliver (#425598)
                                             Bowie & Jensen, LLC
                                             29 W. Susquehanna Ave.
                                             Suite 600
                                             Towson, MD 21204
                                             (410) 583-2400
                                             *Attorneys for the Defendant Dr. Barbara Suter*

## CERTIFICATE OF SERVICE

I hereby certify that on the January 8, 2013 I served a copy of the foregoing ANSWER by

electronic email on the following:

> Jon A. Hoppe, Esq.
> Maddox, Hoppe, Hoofnagle & Hafey, LLC
> 1401 Mercantile Lane, #105
> Largo, Maryland  20774
> *Attorney for Plaintiff, Patrick Collins, Inc.*


\_\_/s/_____
Michael D. Oliver, Esq.