**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PATRICK COLLINS, INC.** )<br>)<br>       Plaintiff, )<br>)<br>    v. )<br>)<br>**BARBARA SUTER** )<br>)<br>       Defendant. )<br>) | Civil Action No.: 1:12-cv-00971-BAH |

## MOTION TO WITHDRAW APPEARANCE

Defendant, Barbara Suter, respectfully moves the court to withdraw the appearance of Michael W. Siri as counsel for Defendant, Barbara Suter, in the above-captioned matter. Michael D. Oliver, Esquire, shall remain as counsel for Defendant

Dated: April 30, 2013               _____/s/_____
                                                Michael W. Siri (#487778)
                                                siri@bowie-jensen.com
                                                BOWIE & JENSEN, LLC
                                                29 W. Susquehanna Avenue
                                                Suite 600
                                                Towson, Maryland 21204
                                                Voice: (410) 583-2400
                                                Fax: (410) 583-2437

                                                *Attorney for Defendant, Barbara Suter*

1