## **DECLARATION OF BARBARA SUTER, Ph.D.**

I, Barbara Suter, Ph.D., declare as follows:

1. I am over the age of eighteen (18) and am competent to testify to the matters set forth herein.

2. I reside at 6350 31st Street Washington, DC 20015. I own the property located there. My son, Jacob Suter resides with me.

3. I maintain an internet connection with Comcast (the "Provider") at the above address, via the following equipment: a cable router provided by such Provider and a wireless device that contains ethernet ports (physical cable connections) and hardware that allows people to connect to the internet via the broadcast SSID and a passphrase (the "Devices").

4. My son and I have friends that periodically come over and we provide them the passphrase to connect their computers to my Devices via the wireless connection. Their devices can range from phones, tablets to laptops and computers.

5. The Devices I maintain operate in the following manner:

   a. the transmission of the material on the Device is initiated by or at the direction of a person other than me (the service provider);

   b. the transmission, routing, provision of connections, or storage is carried out through an automatic technical process without selection of the material by me (the service provider);

   c. I (the service provider) do not select the recipients of the material except as an automatic response to the request of another person;

    d. no copy of the material made by me (the service provider) in the course of such intermediate or transient storage is maintained on my system or network in a manner ordinarily accessible to anyone other than anticipated recipients, and no such copy is maintained on the system or network in a manner ordinarily accessible to such anticipated recipients for a longer period than is reasonably necessary for the transmission, routing, or provision of connections; and

    e. the material is transmitted through the system or network without modification of its content.

6. I have never downloaded or used bit torrent, or any other file sharing software, and never accessed, reproduced, downloaded, stored, distributed, made derivative works from, or otherwise viewed any of the content listed in the attachment to the complaint in Patrick Collins, Inc. v. Barbara Suter, 1:12-cv-00971-BAH (U.S. D.C.).

7. I have and had no knowledge that any person who I provided any access to my wireless Devices had downloaded or used bit torrent, or any other file sharing software, and never accessed, reproduced, downloaded, stored, distributed, made derivative works from, or otherwise viewed any of the content listed in the attachment to the complaint in Patrick Collins, Inc. v. Barbara Suter, 1:12-cv-00971-BAH (U.S. D.C.).

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing Declaration are true.

10/30/12
Date

Barbara Suter, Ph.D.
6350 31st Street
Washington, DC 20015