## DECLARATION OF AMON HOTEP

I, Amon Hotep, declare as follows:

I am over the age of eighteen (18) and am competent to testify to the matters set forth herein.

I reside at 6350 31st St NW Washington dc 20015. I am a guest at this property – I am visiting Dr. Barbara Suter, the owner of that property.

Dr. Suter, through her son, Jacob, provided me with the wireless broadcast ID and key phrase to access her internet connection through her wireless router.

I accessed the internet connection on my own laptop. I admit to installing bit torrent software on my laptop and downloading certain movies onto my laptop for viewing (the movies I downloaded are identified the attachment to the complaint in Patrick Collins, Inc. v. Barbara Suter, 1:12-cv-00971-BAH (U.S. D.C.)). I was not aware that the software I used was also uploading/streaming those movies anywhere, or sharing my laptop or the internet connection I was using.

Dr. Suter had no knowledge of my activities (until she was advised of the complaint referenced above). As soon as she became aware of the complaint she asked me to delete the software and movies, and I deleted all of the bit torrent software and the movies from my laptop and have not since that time used any bit torrent software or to my knowledge, downloaded any movies that I had not paid for.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing Declaration are true.

11/12/2012  
Date

Amon Hotep  
6350 31st Street  
Washington, DC 20015