UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK COLLINS, INC.,<br>8015 Deering Avenue<br>Canoga Park, CA 91304<br><br>    Plaintiff,<br><br>v.<br><br>BARBARA SUTER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action Case No. <u>1:12-cv-00971-BAH</u> |

### NOTICE OF FILING DECLARATION OF NORMAN ILLESCAS

PLEASE TAKE NOTICE, Plaintiff is attaching hereto the following declaration of Norman Illescas on behalf of Patrick Collins, Inc., in response to the Court's order requiring Plaintiff to submit an explanation from Ms. Jones, or another person with knowledge of the facts in this litigation, regarding Ms. Jones, her position with Plaintiff, her role in this litigation, and whether she sought monies for works that are not registered.  *See* CM/ECF 18.

Dated: September 9, 2013

Respectfully Submitted,

By: <u>/s/ *Jon A. Hoppe*</u>
Jon A. Hoppe, Esquire #438866
Counsel
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866