UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK COLLINS, INC.,<br>8015 Deering Avenue<br>Canoga Park, CA 91304<br><br>   Plaintiff,<br><br>v.<br><br>BARBARA SUTER,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Action Case No. <u>1:12-cv-00971-BAH</u><br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING EXHIBIT TO PROPOSED**
**AMENDED COMPLAINT [CM/ECF 21-1]**

PLEASE TAKE NOTICE, Plaintiff is attaching hereto the Exhibit A to the Proposed Amended Complaint filed at CM/ECF 21-1.

Dated: September 10, 2013

                Respectfully Submitted,

                By: <u>/s/ *Jon A. Hoppe*</u>
                Jon A. Hoppe, Esquire #438866
                Counsel
                Maddox, Hoppe, Hoofnagle &
                Hafey, L.L.C.
                1401 Mercantile Lane #105
                Largo, Maryland 20774
                (301) 341-2580

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing.

                By: <u>/s/ *Jon A. Hoppe*</u>
                Jon A. Hoppe, Esquire #438866