# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK COLLINS, INC., )<br>8015 Deering Avenue )<br>Canoga Park, CA 91304 )<br>        )<br>    Plaintiff,   )<br>        )<br>v.       )<br>        )<br>BARBARA SUTER,    )<br>        )<br>    Defendant.   )<br>_____ ) | Civil Action Case No. 1:12-cv-00971-BAH |

## NOTICE OF COMPLIANCE WITH COURT
## ORDER DATED SEPTEMBER 1, 2013 [CM/ECF NO. 18]

Pursuant to this Court's Order dated September 1, 2013, Plaintiff, Patrick Collins, Inc. hereby files its certificates of registration for each of the works Plaintiff is alleging to have been infringed by Defendant in its pending Amended Complaint, consistent with its declaration at CM/ECF 29.  The certificates of registration have been marked as Exhibit "A."

Dated: September 11, 2013

Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
Counsel
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866