## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK COLLINS, INC., ) <br> 8015 Deering Avenue ) <br> Canoga Park, CA 91304 ) <br>  ) <br>  Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> BARBARA SUTER, ) <br>  ) <br>  Defendant. ) <br>  ) | Civil Action Case No. <u>1:12-cv-00971-BAH</u> |

### MOTION FOR LEAVE TO SERVE COMCAST WITH A THIRD PARTY SUBPOENA

Plaintiff, Patrick Collins, Inc. ("Plaintiff"), moves this Court for the entry of an order allowing Plaintiff to serve a third party subpoena on Comcast, and states:

1. Pursuant to 47 U.S.C. § 551, a Court order is needed for a cable operator to disclose records about its subscriber.

2. Ms. Suter's ISP, Comcast Communications, qualifies as a cable operator.

3. Plaintiff has a good faith basis for believing that Ms. Suter may have received DMCA notices associated with BitTorrent use occurring through the internet service to which she is the subscriber.

4. If Ms. Suter received DMCA notices and thereafter continued to allow her internet service to be used for infringing purposes, the evidence would be relevant to a claim for contributory copyright infringement against her.

5. Plaintiff knows from previously deposing Comcast that it saves records associated with its having sent DMCA notices to its subscribers, although it does not save the actual DMCA notices.

6. Undersigned counsel has conferred with counsel for Defendant and has been informed that Defendant will oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order allowing Plaintiff to serve a third party subpoena on Defendant's ISP for the limited purpose of requesting that Comcast disclose any DMCA notices and related documents that it has sent to Ms. Suter. A proposed order is attached for the Court's convenience.

Dated: September 11, 2013

Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
Counsel
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of September, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866