# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PATRICK COLLINS, INC.,

      Plaintiff,

                      Case No.  1:12-cv-00971-BAH

v.

BARBARA SUTER,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Patrick Collins, Inc. and Defendant Barbara Suter, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Barbara Suter respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Barbara Suter's claims against each other.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                      Respectfully submitted,

| | |
|---|---|
| */s/ Jon A. Hoppe* | */s/ Michael D. Oliver* |
| Jon A. Hoppe, Esquire | Michael D. Oliver, Esquire |
| Maddox, Hoppe, Hoofnagle & Hafey, L.L.C. | Oliver & Grimsley, LLC |
| 1401 Mercantile Lane | 502 Washington Avenue |
| #105 | Suite 605 |
| Largo, MD  20774 | Towson, MD  21204 |
| Phone:  301-341-2580 | Phone: 443-541-5680 |
| jhoppe@mhhhlawfirm.com | mike@olivergrimsley.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on September ___, 2013, the foregoing *Stipulation of Dismissal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                 By:  /s/ Jon A. Hoppe_____
                                                 Jon A. Hoppe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PATRICK COLLINS, INC.,

      Plaintiff,

                            Case No. 1:12-cv-00971-BAH

v.

BARBARA SUTER,

      Defendant.

_____/

## ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Barbara Suter's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Barbara Suter's claims against each other in this matter are hereby dismissed with prejudice.

2. This case is closed for administrative purposes.

SO ORDERED this ___ day of _____, 2013.

                                      By: _____
                                           **UNITED STATES MAGISTRATE JUDGE**